**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-3261-23

PAUL B. DALNOKY,

     Plaintiff-Appellant,

v.

ESS NORTHEAST, LLC,[1] and
THE ATLANTIC CITY BOARD
OF EDUCATION,

     Defendants-Respondents,

and

THE NEW JERSEY DEPARTMENT
OF EDUCATION,

     Defendant.

_____

Submitted April 9, 2025 – Decided July 22, 2025

Before Judges Mayer and Rose.

On appeal from the Superior Court of New Jersey, Law
Division, Atlantic County, Docket No. L-0220-24.

---

[1] Incorrectly plead as ESS Support Services, LLC.

Paul B. Dalnoky, appellant pro se.

Marshall Dennehey, PC, attorneys for respondent ESS Northeast, LLC (Ashley L. Toth and Walter F. Kawalec, III, on the brief).

Law Offices of Riley & Riley, attorneys for respondent Atlantic City Board of Education (Tracy L. Riley, on the brief).

PER CURIAM

The parties to the appeal have settled the issues between them. In accordance with the stipulation they have filed, the appeal is dismissed with prejudice and without costs.

Dismissed.

I hereby certify that the foregoing is a true copy of the original on file in my office.

M.C. Harley

Clerk of the Appellate Division

A-3261-23